**Opinion issued June 21, 2018**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-00342-CV

———————————

## NINA MOORE, Appellant

## V.

## SANTIAGO A. SANTOS, Appellee

On Appeal from the 312th District Court
Harris County, Texas
Trial Court Case No. 2007-38793

## MEMORANDUM OPINION

Appellant, Nina Moore, has filed an unopposed "Notice of Withdrawal of Appeal," which we construe as motion to dismiss the appeal. No other party has filed a notice of appeal and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, we grant the motion and dismiss the appeal. *See id.* 42.1(a), 43.2(f).  We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Lloyd.